IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REO L. COVINGTON,

    Plaintiff,

  v.

Case No. 18-cv-134-wmc

JAMES GREER, JUDY SMITH,
DR. LORI ADAMS, JEFF FREUND,
SCOTT KINNARD, AND C.O. II WOLF,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 02/06/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |